# UNITED STATES BANKRUPTCY COURT
## Central District of California, Riverside Division

In Re:     DESERT EQUIPMENT, INC.          Case No. _____

**Debtor**                                                 (if known)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under

penalty of perjury that the attached Master Mailing List of creditors, consisting of 3 sheet(s) is

complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy

Rules and I/we assume all responsibility for errors and omissions.

03/28/2012                                                 /s/ Wolfgang F. Hahn
Date                                                       **Signature of Attorney**

**Signature of Debtor**                                    **Signature of Joint Debtor**

/s/ Wayne Reeder
**Signature of Authorized Individual**

# UNITED STATES BANKRUPTCY COURT
## Central District of California, Riverside Division

In Re:    DESERT EQUIPMENT, INC.    Case No. _____

**Debtor**    (if known)

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (only one option may be selected per form):

☒ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct.

| 03/28/2012 | /s/ Wolfgang F. Hahn |
|---|---|
| Date | **Signature of Attorney** |

| | |
|---|---|
| **Signature of Debtor** | **Signature of Joint Debtor** |

# UNITED STATES BANKRUPTCY COURT
## Central District of California, Riverside Division

| In Re: | DESERT EQUIPMENT, INC. | Case No. | |
|---|---|---|---|
| | **Debtor** | | (if known) |
| | | Chapter | 7 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted. | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff. | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 1 | CML-CA One, LLC c/o Katten Muchin Rosenman, LLP 2029 Century Park East Suite 2600 Los Angeles CA 90067 | | | Unliquidated | $4,691,289 |
| 2 | Astro Corporation PO Box 6591 Incline Village NV 89450 | | | Unliquidated | $300,000 |
| 3 | Jessie Warner 6424 Yosemitie Place Bakersfield CA 93309 | | | | $53,024 |
| 4 | Patricia McConnell PO Box 1923 Indio CA 92202 | | | Unliquidated | $6,500 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted. | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff. | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 5  Michael Savage<br>1138 20th Street Unit 14<br>Santa Monica CA 90403 | | | Unliquidated | $4,500 |
| 6  Cliff Rush<br>7004 N. Baltimore<br>Glasdstone MO 64118 | | | Unliquidated | $3,980 |
| 7  Dick Carr<br>7913 Sechart Court<br>Bakersfield CA 93309 | | | | $3,625 |
| 8  Cunard Properties<br>PO Box 901554<br>Kansas City MO 64190 | | | | $3,200 |
| 9  Amanda Plotner<br>1613 SE Abbey Street<br>Blue Springs MO 64014 | | | Unliquidated | $2,785 |
| 10 Ron Rush<br>2000 W. Hobsonway<br>Blythe CA 92225 | | | | $2,450 |
| 11 Gary Sima<br>1419 Murray Street<br>N. Kansas City MO 64116 | | | Unliquidated | $2,250 |
| 12 Jim Shockey<br>602 E. 23rd Street<br>Independence MO 64055 | | | | $2,150 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted. | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff. | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 13 William Cordell, Jr.<br>37706 Emerson Street<br>Palm Desert CA 92260 | | | | $2,100 |
| 14 Gary Stancliff<br>2142 Cedar Valley Court<br>Henderson NV 89052 | | | Unliquidated | $1,950 |
| 15 Marlene Savage<br>138 20 Street Unit 14<br>Santa Monica CA 90403 | | | | $1,800 |
| 16 Raymond Gloria<br>5824 NE 61st<br>Kansas City MO 64101 | | | | $1,636 |
| 17 Drew Titus<br>21107 E. 2nd Street<br>Independence Mo 64052 | | | | $1,525 |
| 18 Jim Stevens<br>4616 W. Sahara #142<br>Las Vegas NV 89102 | | | | $1,200 |
| 19 Israel Aguilar<br>8017 NE San Rafael Drive<br>Kansas City MO 64119 | | | Unliquidated | $612 |
| 20 Michael Palmer<br>8349 Heron Circle<br>Oolteway TN 37363 | | | Unliquidated | $473 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION

    I, the undersigned authorized agent of the corporation named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing "List of Creditors Holding 20 Largest Unsecured Claims" and that it is true and correct to the best of my knowledge, information and belief.

| | |
|---|---|
| 03/28/2012 | X  /s/ Wayne Reeder |
| Date | Signature of Authorized Individual |
| | Wayne Reeder, President/CEO |
| | Printed Name and Title |