B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Eastern District Of California

In re  DESERT EQUIPMENT, INC.                    ,        Case No.  6:12-bk-17663-DS
                    Debtor

                                                          Chapter   11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $ 9,000,000.00 | | |
| B - Personal Property | Yes | 2 | $ 1,000,000.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 28 | | $ 3,882,170.27 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $ 5,086,169.54 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ 0.00 |
| TOTAL | | 41 | $ 10,000,000.00 | $ 8,968,339.81 | |

B6A (Official Form 6A) (12/07)

In re ___DESERT EQUIPMENT, INC.___   Case No. ___6:12-bk-17663-DS___
     Debtor                                      (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 82 Individual Single Family Lots Improved with Infrastructure (Located at NWest Corner of Odlum Dr. + Barrymore St. Indio) Tract No. 31389, Lots 1-82, Common Area Lots A, B, C, D, E, Cochran Ranch Estates, Indio (Approx. 16.13 Acres) Legal Description + Assessor Parcel Nos. (See, Attached) | Fee Simple

F - by Recorded Plat of County of Riverside

State of California | | 9,000,000.00 | 3,873,113.00 |

Total ▶  9,000,000.00

(Report also on Summary of Schedules.)

Order Number: NCS-533192-SD
Page Number: 15

## LEGAL DESCRIPTION

Real property in the City of Indio, County of Riverside, State of California, described as follows:

LOTS 1 THROUGH 82 TOGETHER WITH LETTERED LOTS A THROUGH F OF TRACT NO. 31389 AS SHOWN ON FILE IN BOOK 422 PAGE(S) 47 THROUGH 51 OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

APN:
614-620-001 (Affects Lot 1)
614-620-002 (Affects Lot 2)
614-620-003 (Affects Lot 3)
614-620-004 (Affects Lot 4)
614-620-005 (Affects Lot 5)
614-620-006 (Affects Lot 6)
614-620-007 (Affects Lot 7)
614-620-008 (Affects Lot 8)
614-620-009 (Affects Lot 9)
614-620-010 (Affects Lot 10)
614-620-011 (Affects Lot 11)
614-620-012 (Affects Lot 12)
614-620-013 (Affects Lot 13)
614-620-014 (Affects Lot 14)
614-620-015 (Affects Lot 15)
614-620-016 (Affects Lot 16)
614-620-017 (Affects Lot 17)
614-620-018 (Affects Lot 18)
614-620-019 (Affects Lot 19)
614-620-020 (Affects Lot 20)
614-620-021 (Affects Lot 21)
614-620-022 (Affects Lot 22)
614-620-023 (Affects Lot 23)
614-620-024 (Affects Lot 24)
614-620-025 (Affects Lot 25)
614-620-026 (Affects Lot 26)
614-620-027 (Affects Lot 27)
614-620-028 (Affects Lot 28)
614-620-029 (Affects Lot 29)
614-620-030 (Affects Lot 30)
614-620-031 (Affects Lot 31)
614-620-032 (Affects Lot 32)
614-620-033 (Affects Lot 33)
614-620-034 (Affects Lot 34)
614-620-035 (Affects Lot 35)
614-620-036 (Affects Lot 36)
614-620-037 (Affects Lot 37)
614-620-038 (Affects Lot 38)
614-620-039 (Affects Lot 39)
614-620-040 (Affects Lot 40)
614-620-041 (Affects Lot 41)
614-620-042 (Affects Lot 42)
614-620-043 (Affects Lot 43)

*First American Title Insurance Company*

Order Number: NCS-533192-SD
Page Number: 16

614-620-044 (Affects Lot 44)
614-620-045 (Affects Lot 45)
614-620-046 (Affects Lot 46)
614-620-047 (Affects Lot 47)
614-620-048 (Affects Lot 48)
614-620-049 (Affects Lot 49)
614-620-050 (Affects Lot 50)
614-620-051 (Affects Lot 51)
614-620-052 (Affects Lot 52)
614-620-053 (Affects Lot 53)
614-620-054 (Affects Lot 54)
614-620-055 (Affects Lot 55)
614-620-056 (Affects Lot 56)
614-620-057 (Affects Lot 57)
614-620-058 (Affects Lot 58)
614-620-059 (Affects Lot 59)
614-620-060 (Affects Lot 60)
614-620-061 (Affects Lot 61)
614-620-062 (Affects Lot 62)
614-620-063 (Affects Lot 63)
614-620-064 (Affects Lot 64)
614-620-065 (Affects Lot 65)
614-620-066 (Affects Lot 66)
614-620-067 (Affects Lot 67)
614-620-068 (Affects Lot 68)
614-620-069 (Affects Lot 69)
614-620-070 (Affects Lot 70)
614-620-071 (Affects Lot 71)
614-620-072 (Affects Lot 72)
614-620-073 (Affects Lot 73)
614-620-074 (Affects Lot 74)
614-620-075 (Affects Lot 75)
614-620-076 (Affects Lot 76)
614-620-077 (Affects Lot 77)
614-620-078 (Affects Lot 78)
614-620-079 (Affects Lot 79)
614-620-080 (Affects Lot 80)
614-620-081 (Affects Lot 81)
614-620-082 (Affects Lot 82)
614-620-083 (Lots A, B, C and E)
614-620-084 (Lot D)

*First American Title Insurance Company*

B 6B (Official Form 6B) (12/07)

In re  DESERT EQUIPMENT, INC.                    Case No.  6:12-bk-17663-DS
_____                          _____
              Debtor                                           (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | x | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | x | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | x | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | x | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | x | | | |
| 6. Wearing apparel. | x | | | |
| 7. Furs and jewelry. | x | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | x | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10. Annuities. Itemize and name each issuer. | x | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | x | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  DESERT EQUIPMENT, INC. _____     Case No. ___6:12-bk-17663-DS___
                    **Debtor**                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | x | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | x | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | x | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16. Accounts receivable. | x | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | x | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | x | Straight Note in the amount of $1,000,000 from Dick Carr, LLC in favor of Debtor (Secured) | | 1,000,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | x | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | x | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | x | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re __DESERT EQUIPMENT, INC._____     Case No. __6:12-bk-17663-DS_____
                **Debtor**                                               **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

_____ continuation sheets attached   Total▶   $     1,000,000.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B 6C (Official Form 6C) (12/07)

In re  DESERT EQUIPMENT, INC.                          Case No.   6:12-bk-17663-DS
_____                               _____
            Debtor                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐   11 U.S.C. § 522(b)(2)
☐   11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
|  |  |  |  |

B 6D (Official Form 6D) (12/07)

In re  Desert Equipment, Inc. _____ ,     Case No.  6:12-bk-17663-DS _____
                    **Debtor**                                              **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>United Security Bank<br>2126 Inyo Street<br>Fresno, California 93721 | | | 13 Oct. 2006<br>First Deed of Trust<br><br>VALUE $ 9,000,000.00 | | | | 3,859,018.31 | |
| ACCOUNT NO. 614620001-4<br><br>Don Kent<br>Riverside Tax Coll<br>4080 Lemon<br>Riverside, CA 92502 | | | July, 2010 & July 1, 2011<br>Secured Prop Taxes<br><br>VALUE $ | | | | 296.82 | |
| ACCOUNT NO. 614620002-5<br><br>Don Kent<br>Riverside Tax Coll<br>4080 Lemon<br>Riverside, CA 92502 | | | July, 2010 & July 1, 2011<br>Secured Prop Taxes<br><br>VALUE $ | | | | 296.82 | |

| __15__ continuation sheets attached | Subtotal ▶<br>(Total of this page) | $<br>3,859,611.95 | $ |
|---|---|---|---|
| | Total ▶<br>(Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) – Cont.

2

In re  Desert Equipment, Inc.                    ,          Case No.   6:12-bk-17663-DS
                    **Debtor**                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 614620003-6 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620004-7 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br><br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620005-8 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620006-9 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620007-0 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |

Sheet no. __2__ of __15__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)►
(Total(s) of this page)

$ 1,484.10

$

Total(s) ►
(Use only on last page)

$

(Report also on Summary of Schedules.)

$

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                    2

In re  Desert Equipment, Inc.                    ,          Case No.   6:12-bk-17663-DS
                    **Debtor**                                                            **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 614620008-1 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $  109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620009-2 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br><br> VALUE $  109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620010-2 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $  109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620011-3 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $  109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620012-4 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $  109,756.00 | | | | 296.82 | |

Sheet no. __3__ of __15__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$ 1,484.10  |  $

Total(s) ▶
(Use only on last page)

$  |  $

(Report also on Summary of Schedules.)  |  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.

2

In re  Desert Equipment, Inc._____,          Case No.  6:12-bk-17663-DS_____
                    **Debtor**                                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 614620013-5 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620014-6 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620015-7 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620016-8 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620017-9 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |

Sheet no. __4__ of __15__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

Total(s) ▶
(Use only on last page)

| | |
|---|---|
| $ <br> 1,484.10 | $ |
| $ | $ |
| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) – Cont.                                                                  2

In re  Desert Equipment, Inc.                    ,        Case No.   6:12-bk-17663-DS
        **Debtor**                                                        **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 614620018-0 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620019-1 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br><br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620020-1 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620021-2 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620022-3 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |

Sheet no. __5__ of __15__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$ 1,484.10    $

Total(s) ▶
(Use only on last page)

$    $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) -- Cont.                                                    2

In re  Desert Equipment, Inc.                    ,       Case No.  6:12-bk-17663-DS
              **Debtor**                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 614620023-4 Don Kent Riverside Tax Coll 4080 Lemon Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620024-5 Don Kent Riverside Tax Coll 4080 Lemon Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620025-6 Don Kent Riverside Tax Coll 4080 Lemon Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620026-7 Don Kent Riverside Tax Coll 4080 Lemon Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620027-8 Don Kent Riverside Tax Coll 4080 Lemon Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes VALUE $ 109,756.00 | | | | 296.82 | |

Sheet no. __6__ of __15__ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal (s)▶
(Total(s) of this page)

$ 1,484.10     $

Total(s) ▶
(Use only on last page)

$     $

(Report also on
Summary of Schedules.)

(If applicable,
report also on
Statistical Summary
of Certain
Liabilities and
Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                    2

In re  Desert Equipment, Inc.                ,        Case No.   6:12-bk-17663-DS
                        **Debtor**                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 614620028-9 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $  109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620029-0 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $  109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620030-0 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $  109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620031-1 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $  109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620032-2 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $  109,756.00 | | | | 296.82 | |

Sheet no.  7  of  15  continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal (s)►
(Total(s) of this page)

Total(s) ►
(Use only on last page)

| | |
|---|---|
| $ <br> 1,484.10 | $ |
| $ | $ |
| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) – Cont.                                                                2

In re  Desert Equipment, Inc.                    ,      Case No.   6:12-bk-17663-DS
                        **Debtor**                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 614620033-3 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620034-4 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620035- <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620036-6 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620037-7 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |

Sheet no.  8  of  15  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)►
(Total(s) of this page)

$  1,484.10        $

Total(s) ►
(Use only on last page)

$        $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.    2

In re  Desert Equipment, Inc.                    ,    Case No.  6:12-bk-17663-DS
                    **Debtor**                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 614620038-8 <br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620039-9 <br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620040-9 <br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620041-0 <br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620042-1 <br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |

Sheet no. 9 of 15 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$ 1,484.10       $

Total(s) ▶
(Use only on last page)

$        $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.

2

In re  Desert Equipment, Inc.                         ,          Case No.   6:12-bk-17663-DS
              **Debtor**                                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 614620043-2<br><br>Don Kent<br>Riverside Tax Coll<br>4080 Lemon<br>Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes<br>VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620044-3<br><br>Don Kent<br>Riverside Tax Coll<br>4080 Lemon<br>Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes<br><br>VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620045-4<br><br>Don Kent<br>Riverside Tax Coll<br>4080 Lemon<br>Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes<br>VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620046-5<br><br>Don Kent<br>Riverside Tax Coll<br>4080 Lemon<br>Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes<br>VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620047-6<br><br>Don Kent<br>Riverside Tax Coll<br>4080 Lemon<br>Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes<br>VALUE $ 109,756.00 | | | | 296.82 | |

Sheet no. 10 of 15 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)►
(Total(s) of this page)

$  1,484.10

$

Total(s) ►
(Use only on last page)

$

$

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                                    2

In re  Desert Equipment, Inc.                    ,        Case No.   6:12-bk-17663-DS
                **Debtor**                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 614620048-7 Don Kent Riverside Tax Coll 4080 Lemon Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620049-8 Don Kent Riverside Tax Coll 4080 Lemon Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620050-8 Don Kent Riverside Tax Coll 4080 Lemon Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620051-9 Don Kent Riverside Tax Coll 4080 Lemon Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620052-0 Don Kent Riverside Tax Coll 4080 Lemon Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes VALUE $ 109,756.00 | | | | 296.82 | |

Sheet no. 11 of 15 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

Total(s) ▶
(Use only on last page)

| | |
|---|---|
| $ 1,484.10 | $ |
| $ | $ |
| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) – Cont.                                                    2

In re  Desert Equipment, Inc.                    ,     Case No.   6:12-bk-17663-DS
              **Debtor**                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 614620053-1 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620054-2 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br><br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620055-3 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620056-4 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620057-5 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |

Sheet no. 12 of 15 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)►
(Total(s) of this page)

$ 1,484.10                    $

Total(s) ►
(Use only on last page)

$                    $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                              2

In re  Desert Equipment, Inc.                    ,          Case No.   6:12-bk-17663-DS
                    **Debtor**                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 614620058-6 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620059-7 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620060-7 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620061-8 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620062-9 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |

Sheet no. 13 of 16 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

Total(s) ▶
(Use only on last page)

$ 1,484.10

$

$

$

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.

2

In re  Desert Equipment, Inc.                    ,        Case No.   6:12-bk-17663-DS
**Debtor**                                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 614620063-9 <br><br>Don Kent <br>Riverside Tax Coll <br>4080 Lemon <br>Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br>VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620064-1 <br><br>Don Kent <br>Riverside Tax Coll <br>4080 Lemon <br>Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br><br>VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620065-2 <br><br>Don Kent <br>Riverside Tax Coll <br>4080 Lemon <br>Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br>VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620066-3 <br><br>Don Kent <br>Riverside Tax Coll <br>4080 Lemon <br>Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br>VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620067-4 <br><br>Don Kent <br>Riverside Tax Coll <br>4080 Lemon <br>Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br>VALUE $ 109,756.00 | | | | 296.82 | |

Sheet no. 14 of 16 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

Total(s) ▶
(Use only on last page)

| $ 1,484.10 | $ |
|---|---|
| $ | $ |

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                    2

In re  Desert Equipment, Inc.                    ,        Case No.   6:12-bk-17663-DS
              **Debtor**                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 614620068-5 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| **ACCOUNT NO.** 614620069-6 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| **ACCOUNT NO.** 614620070-6 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| **ACCOUNT NO.** 614620071-7 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |
| **ACCOUNT NO.** 614620072-8 <br><br> Don Kent <br> Riverside Tax Coll <br> 4080 Lemon <br> Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes <br> VALUE $ 109,756.00 | | | | 296.82 | |

Sheet no. __14_ of _16_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$ 1,484.10

$

Total(s) ▶
(Use only on last page)

$

$

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                    2

In re  Desert Equipment, Inc.                    ,          Case No.   6:12-bk-17663-DS
                    **Debtor**                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 614620073-9<br><br>Don Kent<br>Riverside Tax Coll<br>4080 Lemon<br>Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes<br>VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620074-0<br><br>Don Kent<br>Riverside Tax Coll<br>4080 Lemon<br>Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes<br><br>VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620075-1<br><br>Don Kent<br>Riverside Tax Coll<br>4080 Lemon<br>Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes<br>VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620076-2<br><br>Don Kent<br>Riverside Tax Coll<br>4080 Lemon<br>Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes<br>VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620077-3<br><br>Don Kent<br>Riverside Tax Coll<br>4080 Lemon<br>Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes<br>VALUE $ 109,756.00 | | | | 296.82 | |

Sheet no.  15  of  16  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)►
(Total(s) of this page)

$ 1,484.10

$

Total(s) ►
(Use only on last page)

$

$

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                2

In re  Desert Equipment, Inc.                    ,      Case No.   6:12-bk-17663-DS
                    **Debtor**                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 614620078-4<br><br>Don Kent<br>Riverside Tax Coll<br>4080 Lemon<br>Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes<br>VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620079-5<br><br>Don Kent<br>Riverside Tax Coll<br>4080 Lemon<br>Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes<br>VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620080-5<br><br>Don Kent<br>Riverside Tax Coll<br>4080 Lemon<br>Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes<br>VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620081-6<br><br>Don Kent<br>Riverside Tax Coll<br>4080 Lemon<br>Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes<br>VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. 614620082-7<br><br>Don Kent<br>Riverside Tax Coll<br>4080 Lemon<br>Riverside, CA 92502 | | | July, 2010 & July 1, 2011 Secured Prop Taxes<br>VALUE $ 109,756.00 | | | | 296.82 | |

Sheet no. __16A_ of _16_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)►
(Total(s) of this page)

| $ 1,484.10 | $ |
|---|---|

Total(s) ►
(Use only on last page)

| $ | $ |
|---|---|

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                          2

In re   Desert Equipment, Inc.                    ,        Case No.   6:12-bk-17663-DS
                    **Debtor**                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 614620084-9<br><br>Don Kent<br>Riverside Tax Coll<br>4080 Lemon<br>Riverside, CA 92502 | | | July, 2010<br>& July 1, 2011<br>Secured Prop<br>Taxes<br>VALUE $ 109,756.00 | | | | 296.82 | |
| ACCOUNT NO. | | | <br><br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |

Sheet no. 16B of 16 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$ 296.82

$

Total(s) ▶
(Use only on last page)

$ 3,882,170.27

$

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (12/07)

In re  DESERT EQUIPMENT, INC.                    Case No.    6:12-bk-17663-DS
_____                              _____
            Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B 6E (Official Form 6E) (12/07) – Cont.

In re __DESERT EQUIPMENT, INC._____    Case No. ___6:12-bk-17663-DS_____
               **Debtor**                                               **(If known)**

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

B 6E (Official Form 6E) (12/07) – Cont.

In re  DESERT EQUIPMENT, INC.                          Case No.  6:12-bk-17663-DS
                    Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. _____ of _____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals► (Totals of this page)   $          $

Total► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Totals► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $          $

B 6F (Official Form 6F) (12/07)

In re  **DESERT EQUIPMENT, INC.**      Case No.   **6:12-bk-17663-DS**
               **Debtor**                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Loan | | | | |
| Dick Carr 7913 Sechart Court Bakersfield, CA 93309 | | | | | | | 3,625.00 |
| ACCOUNT NO. | | | Loan | | | | |
| Astro Corporation P. O. Box 6591 Incline Village, NV 89450 | | | | | | x | 300,000.00 |
| ACCOUNT NO. | | | Guarantee of Third Party's Loan Obligation | | | | |
| CML-CA ONE, LLC c/o  KATTEN MUCHIN ROSENMAN, LLP | | | | | | | 4,691,289.54 |
| ACCOUNT NO. | | | | | | | |
| 2029 Century Park East, Suite 2600 Los Angeles, CA 90067 | | | | | | | |
| | | | | Subtotal▶ | | | $ 4,994,914.54 |

<u> 5 </u> continuation sheets attached

                              Total▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  DESERT EQUIPMENT, INC.                     Case No.  6:12-bk-17663-DS
                     Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Jessie Warner <br> 6424 Yosemite Place <br> Bakersfield, California 93309 | | | | | | | 53,024.00 |
| ACCOUNT NO. <br><br> Raymon Gloria <br> 5824 NE 61st Street <br> Kansas City, MO 64101 | | | | | | | 1,636.00 |
| ACCOUNT NO. <br><br> Amanda Plotner <br> 1613 SE Abbey Street <br> Blue Springs, MO 64014 | | | | | | | 2,785.00 |
| ACCOUNT NO. <br><br> Cunard Properties <br> P.O. Box  901554 <br> Kansas City, MO 64101 | | | | | | | 3,200.00 |
| ACCOUNT NO. <br><br> Drew Titus <br> 21107 E. 2nd Street <br> Independence, MO 64052 | | | | | | | 1,525.00 |

Sheet no.  2  of  5  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  62,170.00

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  DESERT EQUIPMENT, INC.                     Case No.  6:12-bk-17663-DS
_____          _____
              Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Israel Aguilar 8017 NE San rafael Drive Kansas City, MO 64119 | | | Services | | | | 612.00 |
| ACCOUNT NO.  Michael Savage 1138 20th Street, Unit 14 Santa Monica, CA 90403 | | | Loan | | | | 4,500.00 |
| ACCOUNT NO.  Marlene Savage 1138 20th Street, Unit 14 Santa Monica, CA 90403 | | | Loan | | | | 1,800.00 |
| ACCOUNT NO.  Jim Schockey 602 E. 23rd Street Independence, MO 64055 | | | Services | | | | 2,150.00 |
| ACCOUNT NO.  Gary Sima 1419 Murray Street N. Kansas City, MO 64116 | | | Services | | | | 2,250.00 |

Sheet no. __3__ of __5__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  11,312.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  DESERT EQUIPMENT, INC.                     Case No.  6:12-bk-17663-DS
            **Debtor**                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Clifford Rush<br>7004 N. Baltimore<br>Gladstone, MO 64118 | | | Services | | | | 3,980.00 |
| ACCOUNT NO.<br><br>Ronald Rush<br>2000 W. Hobson Way<br>Blythe, CA 92225 | | | Services | | | | 2,450.00 |
| ACCOUNT NO.<br><br>Gary Stancliff<br>2142 Cedar Valley Court<br>Henderson, NV 89052 | | | Services | | | | 1,950.00 |
| ACCOUNT NO.<br><br>Gary Becker<br>128 W. 13th Street, # 1016<br>Kansas City, MO 64105 | | | Services | | | | 320.00 |
| ACCOUNT NO.<br><br>Michael Palmer<br>8349 Heron Circle<br>Ootlteway, TN 37363 | | | Services | | | | 473.00 |

Sheet no. __4__ of __5__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 9,173.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  DESERT EQUIPMENT, INC.                    Case No.  6:12-bk-17663-DS
                    Debtor                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>William Cordell<br>37706 Emerson Street<br>Palm Desert, CA 92260 | | | Services | | | | 2,100.00 |
| ACCOUNT NO.<br><br>Patricia McConnell<br>P.O. Box 1923<br>Indio, CA 92202 | | | Services | | | | 6,500.00 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no. _5_ of _5_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  8,600.00

Total▶  $  5,086,169.54
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re DESERT EQUIPMENT, INC.                    Case No. 6:12-bk-17663-DS
          **Debtor**                                        **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

In re  DESERT EQUIPMENT, INC.          Case No.  6:12-bk-17663-DS
_____              _____
            **Debtor**                                    **(If known)**

# SCHEDULE H - CODEBTORS

  Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jessie Warner<br>1830 Brundage Lane, Suite A<br>Bakersfield, California 93304<br><br>Reeder Family Trust II<br>1830 Brundage Lane, Suite A<br>Bakersfield, California 93304 | Charlotte Brock<br>17502 Stockdale Highway<br>Bakersfield, California 93314 |